# UNITED STATES DISTRICT COURT

for the

_____ District of _____

*Washington*

Case: 1:22-cv-01915 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 5/12/2022
Description: Pro Se Gen. Civ. (F-DECK)

Case No. _____

*(to be filled in by the Clerk's Office)*

**Kimberly D Crosson**

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Jury Trial: *(check one)*  ☒ Yes   ☐ No

**Janine Rodrigue**

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

RECEIVED
Mail Room

**MAY 12 2022**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Code USC 242 1983 violation of due process

of violation 28 USC 455 interference without due process 18 USC 241 intimidation tactics 18 USC 1503 obstruction of justice 18 USC 1505 obstruction of congressional administration 18 USC 15112 witness tampering 18 USC 1513 witness retaliation 18 USC 371 the US and 18 USC 241 conspiracy color of law

 Mail 18 USC 1700 39 USC 403 and 665

Political rights

Right to vote in an election right to join political party right to participate in political demonstrations right to run for office

Human rights

Born Free and equal don't discriminate right to life no slavery no torture rights everywhere I go all equal before a law human rights protected by law no unfair detainment right to trial innocent to proven guilty right to privacy freedom to move right to seek a safe place to live right to a nationality right to marriage and family right to your own things freedom of thought freedom of expression right to public assembly right to democracy social security workers rights right to pay right to shelter for all right to education copyright a fair free world responsibility and last but not least to mention no one can take away your rights has been violated without a doubt all reason to believe these are only some of not to include all of the rights that have been violated continuously against myself and my family.

Kimberly C (Hrwes)          5/10/2022

Kimberly Crosson (Hrwes)

Hrwesforjustice@gmail.com

An attempt to resolve the frivolous act of having me illegally displaced out of my home located at 383 North new Portland road North Anson Maine I hereby a firm I have made it clear in writing public announcement and by telephone audio recorded to Janine rodrigue full intent to file lawsuit civil action in the amount of 1.5 million plus punitive damages for the frivolous act perjury lying and leaving a disabled person without the means of adequate housing during the time of crisis and covid.

Janine rodrigue knowingly and willingly had spoken with Kimberly previously the day of her father's arrest. Janine knew that Kimberly was residing in the home and with full intent to purchase the home from Phillip which angered Janine being his daughter.

As a result Janine filed to take emergency power of attorney over her father after he was arrested and signed over in November of 2021 knowingly and willingly displacing Kimberly without notification that she had the intent to pursue such a situation allowing the home to be frivolously condemned and burned within 2 weeks again without notification to Kimberly.

This coincides with the story and filing against dance in town office Somerset county sheriff's department and others waiting for docket number and filing in Washington DC against the town of Anson Somerset county sheriff's department attorney general Aaron Frey and more involved.

Punitive damages mental emotional medical and physical distress as well as charges of slander defamation of character in further violations of constitutional rights human rights and civil rights are sought through the act of seeking Justice I request a full investigation into Janine rodrigue as well as the civil action to be brought up against her.

Affirmed to be the truth

Kimberly Crosson

I further mention the fact that all of these people involved in condemning and burning my home leaving me with no means of housing, every single one of them no that I resided in that home, they all follow me on social media as well as harass me and most of them have been called out on it. Harassment enough that I have filed for protection from harassment illegal surveillance and search against the attorney general as well as the above mentioned agencies and disciples of.

It also was reported to United States postal service that my mail was being tampered with and confirmed twice when the postalmaster named Pete came personally to my home to deliver my mail and why is it that the second time Pete came to my home personally to deliver my mail he took a copy of a petition that I asked for signatures and he never returned it so that is involving the government that needs to be investigated as well. Not only did they tamper with my mail they were also found to be the ones that removed the missing persons poster and business flyer from the public board during the time that my daughter was missing. I have the right to search for my daughter and that was a public board I believe that is part of this hate crime that I believe is happening against me and therefore I request that being investigated as well at the United States postal service in North Anson Maine ,witnesses to it.

I make further request for investigation into Waterville Police department and officer Seth Rolfe for refusing to do a well-being check on my daughter as requested. My daughter was to later be found in a very poor medical condition as a result of a sex trafficking in human trafficking case nearly 1500 miles away nearly 3 months later.

For the same purpose of Seth Rolfe at Waterville Police department, I further request that Maine State Police Anna love be investigated as well for her lack of participation and helping find my daughter or conduct at least a well-being check on my daughter leading to her now present medical conditions stemming from her leaving on a Greyhound bus back in September of 2021. Noted that Brianna was not in any condition to be traveling let alone be by herself due to her medical conditions in state of mind then mentioned police departments as well as Somerset county sheriff's department refused to assist in doing a well-being check. And as I mentioned there is a human and sex trafficking case where my daughter was found in declining medical condition three different times since I reported and requested a well-being check to be conducted September  of 2021 and all agencies refuse to do so. This being a violation of mission statement for all agencies as well as the state into violation of federal rights human rights civil rights and All rights that apply.

I further make it known that I have full intent to file for the complaint of civil action against all parties involved to include but not limited to the power of attorney who is now listed for Philip dickey being Janine Rodrigue, the town of Anson and all administration involved, Somerset county sheriff's department Anson and in North Anson fire department state's attorney general Andrew Frey and Governor Janet Mills. All have been made aware through phone calls and email requesting assistance and denying acknowledgment.

Affirmed,

Kimberly C.  02/ 07 / 2022

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Kimberly D Crosson (Hawes) #B/o
Jaykobi Knights, Brianna Knights
servicedog
Gypsy Roma

*Plaintiff(s)*

v.

State of Maine Atty Gen, Aaron
Frey, B/o his employees/agencies

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Attorney General Aaron Frey
State house Drive
Augusta, Maine

A lawsuit has been filed against you.

> RECEIVED
> Mail Room
>
> MAY 12 2022
>
> Angela D. Caesar, Clerk of Court
> U.S. District Court, District of Columbia

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because _Injunction from abuse_ ; or

☒ Other *(specify):* _Protection order request - Safety + life risk_

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/10/2022

_Kimberly D Crosson_
Server's signature

_Kimberly D Crosson_
Printed name and title

_P.O. Box 11 Freeport, Me. 04032_
Server's address

Additional information regarding attempted service, etc: